Willie Curtis BLEVINS, Appellant,

v.

STATE of Missouri, Respondent.

No. 46871.

Missouri Court of Appeals,
Eastern District,
Division Three.

Aug. 16, 1983.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 4, 1983.

Application to Transfer Denied
Nov. 22, 1983.

Gary L. Robbins, Public Defender, Jackson, for appellant.

John Ashcroft, Atty. Gen., Kristie Lynne Green, Asst. Atty. Gen., Jefferson City, for respondent.

### ORDER

PER CURIAM:

This is an appeal from a denial of a Rule 27.26 motion without an evidentiary hearing. Affirmed. Rule 84.16(b).

See also, 581 S.W.2d 449.